PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>          vs.               )<br>)<br>**MEGAN LEE EVANS**            )<br>) | **Docket Number:  1:03CR05368-04-OWW** |

On April 19, 2004, the above-named was placed on supervised release for a period of 3 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Laurie E. McAnulty

**LAURIE E. MCANULTY
Senior United States Probation Officer**

Dated:        November 24, 2008
              Fresno, California


**REVIEWED BY:**      /s/ Rick C. Louviere
                     **RICK C. LOUVIERE
                     Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Evans, Megan Lee
      Docket Number:   1:03CR05368-004-OWW
      ORDER TERMINATING SUPERVISED RELEASE
      PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervision, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   December 16, 2008**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE